# Court of Appeals
# of the State of Georgia

ATLANTA, April 18, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1381. CRAIG ALAN ELLETT v. THE STATE.**

Upon consideration of a letter filed by Appellant, acting *pro se*, indicating that he wishes to withdraw the appeal in the above styled case, it is ordered that the Appellant's request is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office,*
*Atlanta, 04/18/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*